ted in this case as in the case of Clegg v. State, No. 23984, 210 S.W.2d 151.

What we have said in our opinion in disposing of the motion for rehearing in the Clegg case disposes of the motion for a rehearing in this case.

The motion for rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Fred HOGAN, Appellant, v. STATE, Appellee.**

**No. 23986.**

Court of Criminal Appeals of Texas.

March 31, 1948.

Rehearing Denied April 21, 1948.

No attorney for appellant.

L. E. King, County Atty., Sabine County of Hemphill, and Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a penalty of $50 fine and thirty days in jail on a charge of aggravated assault.

This is a companion case to Cause No. 23984, Clegg v. State, Tex.Cr.App., 210 S.W.2d 151 and presents exactly the same questions there discussed, to which reference is here made.

The judgment of the trial court is affirmed.

On Motion for Rehearing

KRUEGER, Judge.

In his motion for a rehearing, appellant asserts that the same errors were commit-